1058

[No. 32653-5-III. Division Three. January 31, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN JACOB STORMS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-00556-6, Annette S. Plese, J., entered July 18, 2014. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Siddoway and Pennell, JJ.

[No. 32694-2-III. Division Three. January 31, 2017.]

*In the Matter of the Personal Restraint of* CHRISTOPHER OWENS, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway, J.; Korsmo, J., dissenting.

[No. 33551-8-III. Division Three. January 31, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS HERNANDEZ-RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 15-1-00723-3, David A. Elofson, J., entered June 18, 2015. *Dismissed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 33568-2-III. Division Three. January 31, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL RILEY FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 15-8-00020-2, Henry A. Rawson, J., entered June 18, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Pennell, JJ.